NOT RECOMMENDED FOR PUBLICATION
File Name: 20a0200n.06

No. 19-2122

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| ROSA PARKS, deceased, | ) | |
| Plaintiff, | ) ) | **FILED**<br>Apr 08, 2020<br>DEBORAH S. HUNT, Clerk |
| ELAINE STEEL, Personal Representative of the Estate of Rosa Parks, | ) ) ) | |
| Plaintiff-Appellee, | ) ) | |
| v. | ) ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN |
| LAFACE RECORDS, et al., | ) ) | |
| Defendants, | ) ) | |
| GREGORY J. REED AND ASSOCIATES, P.C., | ) ) ) | |
| Movant-Appellant, | ) ) | |

**ORDER**

BEFORE:    NORRIS, DAUGHTREY, and LARSEN, Circuit Judges.

This appeal is before us following a remand to the district court for purposes of clarification, which the district court has provided. Gregory Reed had filed a motion in the district court seeking to renew a judgment entered there in August 2007, mandating payment of litigation costs to Reed as provided in a 2005 settlement agreement reached by the parties to the original litigation. It was Reed's position that he had never been paid the amount of $125,000 called for in both the 2005 settlement agreement and the 2007 order by the district court. There was nothing in the record before us to prove or disprove Reed's allegation.

On remand, the district court promptly convened a conference with the parties, augmented the record, and—as it had earlier—denied Reed's motion to renew the 2007 judgment as futile.

The record now establishes that on August 10, 2005, the district court approved the allocation of $125,000 in costs to Reed, and that on August 25, 2005, he was issued a check for that amount, plus an additional $91,299.33 in attorney's fees. The check, made out to Gregory J. Reed & Associates, P.C., was deposited on August 30, 2005. The district court correctly held that Reed's motion to renew was futile. Reed's arguments on appeal to the contrary are meritless.

AFFIRMED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk